**Electronically Filed**
**Supreme Court**
**SCWC-14-0000914**
**13-SEP-2017**
**01:15 PM**

SCWC-14-0000914

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MUKADIN GORDON,
Petitioner/Plaintiff-Appellant,

vs.

JODIE F. MAESAKA-HIRATA; PETRA CHO; and STATE OF HAWAIʻI,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000914; CIV. NO. 11-1-2482)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Mukadin Gordon's application for writ of certiorari filed on August 2, 2017, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, September 13, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

